IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GIUSEPPE BOTTIGLIERI SHIPPING COMPANY S.P.A.**, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | )    CIVIL ACTION 12-0059-WS-B ) |
| **UNITED STATES OF AMERICA**, *et al.*, | ) ) |
| Respondents. | ) |

## JUDGMENT

In accordance with the Order entered on this date, granting the Government's Motion to Dismiss (doc. 24), it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed without prejudice**.

DONE and ORDERED this 17th day of February, 2012.

                                                s/ WILLIAM H. STEELE
                                                CHIEF UNITED STATES DISTRICT JUDGE